UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

    UNITED STATES OF AMERICA,

                  -against-

    Brian washington

                            Defendant(s).
-------------------------------------------------------------------X

**CONSENT TO PROCEED BY VIDEO OR TELE CONFERENCE**

16   **-CR-** 628( )( )

Defendant ____Brian Washington_____ hereby voluntarily consents to participate in the following proceeding via _X_ videoconferencing or _X_ teleconferencing:

_X_    Initial Appearance Before a Judicial Officer

___    Arraignment (Note:  If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

_X_    Bail/Detention Hearing

___    Conference Before a Judicial Officer


_Brian Washington /s AM_____
Defendant's Signature
(Judge may obtain verbal consent on
Record and Sign for Defendant)

*Annalisa Miron*
_____
Defendant's Counsel's Signature

   Brian Washington
_____
Print Defendant's Name

   Annalisa Miron
_____
Print Counsel's Name


This proceeding was conducted by reliable video or telephone conferencing technology.

_9/3/2020_____
Date

_____
JAMES L. COTT
United States Magistrate Judge