UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------

UNITED STATES OF AMERICA,

    -against-

BRIAN WASHINGTON,

           Defendant.

------------------------------------x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: NOV 23 2020

ORDER

16 Crim. 628 (GBD)

GEORGE B. DANIELS, United States District Judge:

The violation of supervised release hearing occurring via videoconference using the CourtCall platform on December 3, 2020, will take place at 1:00 p.m.

Dated: New York, New York
November 23, 2020

SO ORDERED.

*[signature]*
GEORGE B. DANIELS
United States District Judge