**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------- x
UNITED STATES OF AMERICA,

    -against-

BRIAN WASHINGTON,

               Defendant.
------------------------------------- x

ORDER

16 Cr. 628 (GBD)

GEORGE B. DANIELS, United States District Judge:

The defendant in the above-captioned case is hereby sentenced to time served.

Dated: New York, New York
       December 17, 2020

SO ORDERED.

*George B. Daniels*
GEORGE B. DANIELS
United States District Judge