**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------x

UNITED STATES OF AMERICA,

    -against-

                                                    ORDER

BRIAN WASHINGTON,                            16 Cr. 628 (GBD)

    Defendant.

------------------------------------x

GEORGE B. DANIELS, United States District Judge:

The defendant in the above-captioned case is hereby sentenced to time served.

Dated: New York, New York
       December 17, 2020

                                                   SO ORDERED.

                                                  GEORGE B. DANIELS
                                                  United States District Judge