**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------x

UNITED STATES OF AMERICA,

-against-

BRIAN WASHINGTON,

Defendant.

------------------------------------x

ORDER

16 Crim. 00628 (GBD)

GEORGE B. DANIELS, United States District Judge:

The parties in the above-captioned matter shall appear before this Court on January 4, 2023 at 9:45 a.m.

Dated: December 15, 2022
New York, New York

SO ORDERED.

*George B. Daniels*
GEORGE B. DANIELS
United States District Judge