UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-v-

Brian Washington,

            Supervisee.

Docket No. 16CR00628-01 (GBD)

ORDER

Honorable George B. Daniels, Senior U.S. District Judge:

IT IS HEREBY ORDERED: For the reasons stated on the record during a violation of supervised release conference held on January 4, 2023, it is hereby ordered that the Federal Bureau of Prisons who has direct custody of Brian Washington, Register Number 78088-054, provide a comprehensive medical evaluation with PPD results, Covid-19 results, a mental health evaluation, and a psychiatric evaluation with current treatment, prescribed medication, and recommendation for treatment services to the United States Probation Officer identified below no later than fourteen (14) days from today. Such evaluations and documentations are required for, among other things, his assessment for admission to outpatient and/or inpatient/residential services.

The evaluations must be forwarded to the attention of U.S. Probation Officer Specialist Hildery Huffman at the U.S. Probation Office, 500 Pearl Street, 6th Floor, New York, NY 10007, Telephone number: (917) 797-3387; Fax Number: (646) 416-5489; Email: Hildery_Huffman@nysp.uscourts.gov. The Office of the United States Attorney is directed to transmit this Order promptly to the Warden of the facility where the supervisee is housed.

SO ORDERED.

Dated:       January 4, 2023
                New York, New York

                                                          Honorable George B. Daniels
                                                          Senior U.S. District Judge