Case 1:16-cr-00628-GBD   Document 63   Filed 08/31/23   Page 1 of 1
**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

August 31, 2023

**BY ECF**

SO ORDERED

The Honorable George B. Daniels
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

SEP 0 5 2023

The sentencing is adjourned to
December 5, 2023 at 10:00 a.m.

*Geoige C. B. Daniel*
GEORGE B. DANIELS

**Re:   *United States v. Brian Washington*, 16 Cr. 628 (GBD)**

Dear Judge Daniels:

The parties respectfully write to request that the defendant's sentencing in the above-referenced matter, currently scheduled for September 6, 2023, be adjourned to a date after November 30, 2023. When the parties were last before the Court, on June 1, 2023, the defendant was placed into a Residential Reentry Center ("RRC") for approximately six months, and the Court adjourned sentencing to a later date in order to have some degree of visibility, prior to sentencing, into how the defendant was adjusting to his RRC placement. The Government understands from Probation and defense counsel that the defendant has been doing well at the RRC, and that he has been compliant with his treatment services. The parties accordingly propose adjourning the defendant's sentencing to a date after November 30, 2023—the date that the defendant is anticipated to complete his RRC placement.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney for the
Southern District of New York

By: _____

Jonathan L. Bodansky
Assistant United States Attorney
(646) 957-1800

Cc:   Ariel Werner, Esq.
U.S. Probation Officer Specialist Hildery Huffman