# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

Barry D. Leiwant
*Interim Executive Director
and Attorney-in-Chief*

*Southern District of New York*
Jennifer L. Brown
*Attorney-in-Charge*

November 29, 2023

**SO ORDERED**

**BY ECF**

The sentencing is adjourned to December 5, 2023 at 12:00pm

The Honorable George B. Daniels
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

NOV 3 0 2023

*George B. Daniels*
GEORGE B. DANIELS
UNITED STATES DISTRICT JUDGE

Re:   **United States v. Brian Washington**, 16 CR 628 (GBD)

Dear Judge Daniels:

I write in regard to the sentencing proceeding currently scheduled for 10:00 a.m. on Tuesday, December 5, 2023 in the above-captioned case. A conflict has arisen that will make it difficult for me to appear at 10:00 a.m. on Mr. Washington's behalf. I respectfully request that the proceeding be pushed to 12:00 p.m. or later on the same day. The Government and Probation Officer Hildery Huffman consent to this request. Thank you for considering it.

Respectfully submitted,

/s/ Ariel Werner
Ariel Werner
Assistant Federal Defender
917-751-2050

Cc:   AUSA Jonathan Bodansky
USPO Hildery Huffman