UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------x

UNITED STATES OF AMERICA,

       -against-

BRIAN WASHINGTON,

       Defendant.

------------------------------------x

ORDER

16 Crim. 00628 (GBD)

GEORGE B. DANIELS, United States District Judge:

    The parties in the above-captioned matter shall appear before this Court on October 1, 2024 at 10:00 a.m.

Dated: September 12, 2024
       New York, New York

SO ORDERED.

*George B. Daniels*
GEORGE B. DANIELS
United States District Judge