UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------ x
UNITED STATES OF AMERICA,              :
                                       :
        -against-                      :     ORDER
                                       :
BRIAN WASHINGTON,                      :     16 Crim. 628 (GBD)
                                       :
                        Defendant.     :
------------------------------------ x

GEORGE B. DANIELS, United States District Judge:

Defendant's sentencing is adjourned from October 10, 2024 to October 17, 2024 at 10:00 AM.

Dated: New York, New York
       October 10, 2024

SO ORDERED.

GEORGE B. DANIELS
United States District Judge